**Author: Joseph M. Labuda - Member**
**Direct E-Mail Address: joelabuda@mllaborlaw.com**
**Direct Dial: (516) 303-1380**

*VIA FACSIMILE- (212) 805-7927*
*& ECF*

July 22, 2008

Judge Naomi Buchwald
United States District Court
Southern District of New York
Daniel Patrick Moynihan, US Courthouse
500 Pearl Street
New York, NY 10007

    Re:    **The New York City District Council of Carpenters Pension Fund,
New York City District Council of Carpenters Welfare Fund, et al
v. S&G Flooring, Inc.
Docket No.: 08-CV-3735-(NB)
Our File No.: 78A-2008**

Dear Judge Buchwald:

    This law firm represents the Defendant in the above-referenced matter.

    As per the courts' request at the July 7, 2008 conference, please be advised that the parties have agreed to meet with the Fund's auditor in the hopes that the parties can amicable resolve all issues in a cost effective manner. We anticipate meeting in the next few weeks and will advise the Court of the results of this settlement meeting on or before August 25, 2008.

                                         Respectfully submitted,

                                         **MILMAN LABUDA LAW GROUP**

                                         /s/
                                         Joseph M. Labuda

JML:amm
cc: Andrew GraBois, Esq.